

**9/23/2015**                                                    **COA No. 12-14-00229-CR**

**GEE, BLAKE CARRINGTON    Tr. Ct. No. 241-1861-13              PD-1204-15**

On this day, the Appellant's Pro Se petition for discretionary review has been dismissed as untimely filed.

Abel Acosta, Clerk

12TH COURT OF APPEALS  CLERK
CATHY LUSK
1517 W. FRONT, ROOM 354
TYLER, TX  75701
* DELIVERED VIA E-MAIL *